**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7216**

ANGELO B. HAM, a/k/a Angelo Bernard Ham,

        Plaintiff – Appellant,

      v.

JON OZMINT; ANTHONY J. PADULA; JOHN J. BROOKS; BRUCE
OBERMAN; RONNIE CRIBB; DARRYL CAIN, Sergeant of SMU at
L.C.I.; CHRISTOPHER GODFREY, Officer of SMU at L.C.I.,

        Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, Chief District
Judge. (6:10-cv-01095-DCN-KFM)

Submitted:  December 16, 2010     Decided:  December 28, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angelo B. Ham, Appellant Pro Se.  Steven Barry Johnson, LEE
ERTER WILSON HOLLER & SMITH, LLC, Sumter, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo B. Ham appeals the district court's interlocutory order accepting the recommendation of the magistrate judge and denying Ham's motion for a preliminary injunction.[*] We have reviewed the record and find no reversible error. See Winter v. Natural Res. Def. Council, Inc., 129 S. Ct. 365, 374 (2008). Accordingly, we affirm for the reasons stated by the district court. Ham v. Ozmint, No. 6:10-cv-01095-DCN-KFM (D.S.C. Aug. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We have jurisdiction over this appeal from an interlocutory order pursuant to 28 U.S.C. § 1292(a)(1) (2006).